# Court of Appeals
# of the State of Georgia

ATLANTA,  May 13, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0753.  TENACE TERRELL NEWSOME v. THE STATE.**

A jury found Tenace Terrell Newsome guilty of armed robbery, robbery, aggravated assault, possession of marijuana with intent to distribute, possession of marijuana, less than an ounce, and theft by receiving stolen property, and the trial court entered its final disposition on June 29, 2017. Newsome subsequently filed a motion for out-of-time appeal, which the trial court granted, and a motion for new trial. The trial court granted Newsome's motion for new trial with respect to the charges of possession of marijuana with intent to distribute and possession of marijuana, less than an ounce. The trial court denied Newsome's motion as to the remaining counts. Newsome then filed the instant direct appeal. We, however, lack jurisdiction.

When the trial court grants a criminal defendant's motion for new trial, the case is not final for purposes of filing a direct appeal. *State v. Ware*, 282 Ga. 676, 677 (653 SE2d 21) (2007); see also OCGA § 5-6-34 (a) (1); accord *Prather v. State*, 303 Ga. App. 374, 375 & n. 5 (693 SE2d 546) (2010). A review of the appellate record indicates that the two counts of possession of marijuana with intent to distribute and possession of marijuana, less than an ounce, are still pending before the trial court. Because Newsome's criminal case remains pending before the trial court, he was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal. See OCGA § 5-6-34 (b); *Keller v. State*, 275 Ga. 680, 680-681 (571 SE2d 806) (2002) (a criminal case remains pending until the court enters a written judgment of conviction and sentence on each count).

Newsome's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _05/13/2019_
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*